IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01508-BNB

DONALD P. MEYERS,

    Plaintiff,

v.

PFIZER INC., and
IAN READ, CEO,

    Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

    Plaintiff seeks leave to proceed pursuant to 28 U.S.C. § 1915. The § 1915 motion and affidavit indicates that he should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly, it is

    ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 3, is granted. It is

    FURTHER ORDERED that the Court review the Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the Complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. It is

    FURTHER ORDERED that process shall not issue at this time.

    DATED June 13, 2013, at Denver, Colorado.

                                           BY THE COURT:

                                           s/ Boyd N. Boland
                                           United States Magistrate Judge