IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01508-BNB

DONALD P. MEYERS,

    Plaintiff,

v.

PFIZER, INC., and
IAN READ, CEO,

    Defendants.

---

ORDER DRAWING CASE

---

    Plaintiff, acting *pro se*, initiated this action by submitting a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. After review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED August 26, 2013, at Denver, Colorado.

                                               BY THE COURT:

                                               s/ Boyd N. Boland
                                               United States Magistrate Judge