**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-01508-WJM-CBS

DONALD P. MEYERS,

    Plaintiff,

v.

PFIZER, INC., and
IAN READ, CEO,

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered during the pendency of this case, and the Order Adopting April 21, 2014 Recommendation of Magistrate Judge, And Granting Defendants' Motion To Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on June 2, 2014,

    IT IS ORDERED that the Magistrate Judge's Recommendation (ECF No. 59) is ADOPTED in its entirety.

    IT IS FURTHER ORDERED that the Defendants' Motion to Dismiss (ECF No. 39) is GRANTED.

    IT IS FURTHER ORDERED that judgment is entered for Defendants and against the Plaintiff and the action and Amended Complaint are dismissed. Each party shall bear his or its own attorney's fees and costs.

Dated at Denver, Colorado this  3rd  day of June, 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By:    s/Deborah Hansen
Deborah Hansen, Deputy Clerk